## 51886. O'NEAL et al. v. HAVERTY FURNITURE COMPANIES, INC.

BELL, Chief Judge.

The defendants' brief contains nothing more than a statement of contentions, unsupported by citation of

authority or argument. Thus the single enumeration of error must be deemed abandoned under Rule 18 (c) (2) of this court. *Dunaway v. Empire Mortg. & Invest. Co.,* 118 Ga. App. 224 (163 SE2d 237).

*Judgment affirmed. Clark and Stolz, JJ., concur.*

ARGUED MARCH 8, 1976 — DECIDED APRIL 6, 1976.

*John Kirby,* for appellants.
*Adrienne Black,* for appellee.